**Sa'id Abdullah AL'RASHID,
Plaintiff–Appellant,**

v.

**Doug CATOE; Laurie F. Bessinger; Joyce Brown; Samual K. Lewis; John Norris; Mary Self; Sergeant Parker, Defendants–Appellees.**

No. 00–7255.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Sa'id Abdullah Al'Rashid, pro se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, SC, for appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Sa'id Abdullah Al'Rashid appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly,

we affirm on the reasoning of the district court. *Al'Rashid v. Catoe,* No. CA–99–459–3–19BC (D.S.C. filed July 27, 2000; entered July 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*